# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 18-10137-ELF

KYRA RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KYRA RIDDICK

    738 WYNNEWOOD ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                          /S/ William C. Miller

Date: 7/16/2018                                     _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee