IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
|   Kyra Riddick | : | |
| | : | |
| | : | Case No.: 18-10137ELF |
| | : | |
| Debtor(s) | : | Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 35.

Dated: August 16, 2018        /s/ Brad J. Sadek, Esquire
                                                 Brad J. Sadek, Esquire
                                                 Sadek and Cooper
                                                 "The Philadelphia Building"
                                                 1315 Walnut Street, #502
                                                 Philadelphia, PA 19107
                                                 215-545-0008