### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kyra Riddick <br> _Debtor(s)_ <br><br> MIDFIRST BANK <br> _Movant_ <br> vs. <br> Kyra Riddick <br> _Debtor(s)_ <br><br> and William C. Miller Esq. <br> _Trustee_ | Chapter 13 <br><br> NO. 18-10137 ELF |

### ORDER

AND NOW, this         day of            , 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is **ORDERED** that:

The Automatic Stay under 11 U.S.C. Sections 362 is **modified** to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 738 Wynnewood Road Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

12/10/2018

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE