United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10137-elf
Kyra Riddick                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                  Page 1 of 1                  Date Rcvd: Dec 10, 2018
                                Form ID: pdf900             Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db            +Kyra Riddick,   738 Wynnewood Road,    Philadelphia, PA 19151-3819
14044867      +MIDFIRST BANK,   c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14072628      +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 11 2018 02:26:25    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:04
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2018 02:26:24    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Kyra  Riddick brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kyra Riddick <br> _Debtor(s)_ <br><br> MIDFIRST BANK <br> _Movant_ <br> vs. <br> Kyra Riddick <br> _Debtor(s)_ <br><br> and William C. Miller Esq. <br> _Trustee_ | Chapter 13 <br><br> NO. 18-10137 ELF |

**ORDER**

AND NOW, this      day of            , 2018 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is **ORDERED** that:

The Automatic Stay under 11 U.S.C. Sections 362 is **modified** to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 738 Wynnewood Road Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

12/10/2018

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**