United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-10137-elf
Kyra Riddick                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Feb 06, 2019
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
```
db            +Kyra Riddick,    738 Wynnewood Road,    Philadelphia, PA 19151-3819
14044867      +MIDFIRST BANK,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541
14072628      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14037509      +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
14037510      +Office of UC Bennefits,    P.O.Box 67503,    Harrisburg, PA 17106-7503
14037511      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 07 2019 02:40:49     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2019 02:40:18
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2019 02:40:29     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14055977       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2019 02:39:47     Ally Bank,   PO Box 130424,
                Roseville MN 55113-0004
14037503      +E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2019 02:39:47     Ally Financial,
                Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14161391       E-mail/Text: megan.harper@phila.gov Feb 07 2019 02:40:49     City of Philadelphia,
                Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
14037504       E-mail/Text: megan.harper@phila.gov Feb 07 2019 02:40:50     City of Philadelphia,   Tax Unit,
                Law Department,    1401 John. F Kennedy BLVD., 5th Floor,    Philadelphia, PA 19102
14037505      +E-mail/PDF: pa_dc_ed@navient.com Feb 07 2019 02:37:18     Dept Of Ed/Navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
14037506      +E-mail/PDF: pa_dc_ed@navient.com Feb 07 2019 02:37:43     Dept Of Ed/Navient,
                Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
14037508       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 07 2019 02:40:26     Jefferson Capital Systems, LLC,
                16 Mcleland Rd,    Saint Cloud, MN 56303
14101220       E-mail/PDF: pa_dc_claims@navient.com Feb 07 2019 02:37:18
                Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
                                                                                                TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14037507*     +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Kyra  Riddick brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KYRA RIDDICK                                      Chapter 13

           Debtor                        Bankruptcy No. 18-10137-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 6, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
KYRA  RIDDICK

738 WYNNEWOOD ROAD

PHILADELPHIA, PA 19151